SCANNED

EOD 1-27-00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
00 JAN 26 PM 12: 12
TX EASTERN-BEAUMONT
BY

| | | |
|---|---|---|
| BRENDA GREENE, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:99CV-227 |
| | § | JUDGE HOWELL COBB |
| MOBIL OIL CORPORATION, ET AL | § | |
| | § | |
| Defendants. | § | |

ORDER

On the 26 day of January, 1999 came on to be heard the Designation of Lead Counsel of Plaintiffs and the Court, having considered the same is of the opinion that it should be GRANTED. It is therefore;

ORDERED that Russell W. Heald be and hereby is designated lead counsel for Plaintiffs. It is further;

ORDERED that Grover Hankins, Robert C. Hilliard, Dana Kirk, Dennis Reich and Jon Burmeister be maintained as additional counsel for Plaintiffs.

SIGNED this 26 day of January, ~~1999~~ 2000.

HONORABLE HOWELL COBB

26